UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 10cv61-HRW

CHRISTINE SNIPES                                                            PLAINTIFF

v.                              **ORDER**

KROGER COMPANY,
an Ohio Corporation, et al.                                     DEFENDANTS

This matter is before the Court upon the parties' Stipulation of Dismissal [DE 22].

The Court having considered the matter, and being otherwise sufficiently advised,

**HEREBY ORDERS**:

That this matter is hereby **DISMISSED WITH PREJUDICE** and stricken from the Court's active docket.

This 18th day of August, 2011.



HENRY R. WILHOIT, JR.
SENIOR U. S. DISTRICT JUDGE